**Order entered September 13, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00227-CV

### STEWART HUNTER, Appellant

### V.

### THOMAS GUERCIO AND SHELDON ROBINSON, Appellees

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-02165-2012**

## ORDER

On the parties' agreed motion, we **DIRECT** the Clerk of the Court to issue the mandate

concurrently with the opinion and judgment of this date.

.

        /s/     ROBERT M. FILLMORE
                   JUSTICE